```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION
```

| | |
|---|---|
| THE WESTERN TEXTILE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06 CV 1680 DDN |
| ) | |
| INFOR GLOBAL SOLUTIONS (CHICAGO), ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter is before the Court for examination pursuant to Rule 4(m), Federal Rules of Civil Procedure.

Plaintiff commenced this action on November 20, 2006. A review of the Court file shows that defendant has not been served in this matter nor has service been waived on its behalf. Under Rule 4(m), Federal Rules of Civil Procedure, the Court, after notice to the plaintiff, is directed to dismiss an action against a defendant upon whom service has not been made within 120 days after the filing of the complaint.

The Rule 4(m) period for service expires **March 20, 2007**, 120 days after the filing of plaintiff's complaint.

Therefore,

**IT IS HEREBY ORDERED** that plaintiff shall file proof of service upon defendant not later than **March 30, 2007**. In the absence of good cause shown, failure to timely serve said defendant shall result in the dismissal of plaintiff's claims as to said defendant without prejudice.

                                          /S/ David D. Noce
                                      **DAVID D. NOCE**
                                      **UNITED STATES MAGISTRATE JUDGE**

Signed on March 13, 2007.